# Court of Appeals
# of the State of Georgia

ATLANTA, October 26, 2017

*The Court of Appeals hereby passes the following order:*

### A18A0360. ROBERT REAGAN v. TERRY BARNARD, CHAIRMAN, STATE BOARD OF PARDONS AND PAROLES.

In May 2016, Robert Reagan, a state prisoner, filed a petition for a writ of mandamus. The trial court dismissed Reagan's petition for failure to prosecute in May 2017. Reagan then sought appellate review of the dismissal order by filing both an application for discretionary appeal in the Supreme Court and notice of appeal to the Supreme Court, which transferred both cases to this Court. Reagan's discretionary application was docketed in this Court as Case No. A17D0505. The instant case, No. A18A0360, is Reagan's direct appeal.

We denied Reagan's application for discretionary review in July 2017. See *Robert Reagan v. Terry Barnard, Chairman*, No. A17D0505 (July 7, 2017). Because that denial was an adjudication on the merits, the doctrine of res judicata bars this direct appeal. See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260-261 (1) (649 SE2d 313) (2007). This appeal is therefore DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta, 10/26/2017
  I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
  Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____Stephen E. Castlen_____, Clerk.